```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF MINNESOTA
```

In re:

                                                  Chapter 11

KLADEK, INC.                            Case number 10-35032

            Debtor

### ORDER AND NOTICE FOR HEARING ON CONFIRMATION OF PLAN

A disclosure statement has been approved as containing adequate information, regarding a plan to be considered for confirmation. The court may confirm a plan pursuant to 11 U.S.C. § 1129 after notice and a hearing.

    IT IS THEREFORE ORDERED:

    1. APPROVAL OF DISCLOSURE STATEMENT. The disclosure statement filed by Kladek, Inc., the proponent, on April 18, 2011, dated April 18, 2011, regarding the plan filed by the proponent on April 18, 2011, dated April 18, 2011 is approved.

    2. HEARING ON CONFIRMATION. A hearing to consider confirmation of the plan will be held on June 8, 2011, at 10:30 a.m. in Courtroom 8 West at U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

    3. OBJECTIONS TO CONFIRMATION. An objection to confirmation of the plan shall be made by motion under Local Rule 3020-1. Seven days prior to the hearing is the last day to timely deliver an objection, and ten days prior to the hearing is the last day to timely mail an objection. The objection must be filed not later than one day after service.

    4. BALLOTS TO ACCEPT OR REJECT PLAN. Five days prior to the hearing is fixed as the last day to timely file the ballots to accept or reject the plan. The attorneys for the proponent and the unsecured creditors committee shall jointly count the ballots and file a report of the tabulation not later than 24 hours before the hearing under Local Rule 3020-2.

    5. DISCOVERY. Unless the parties agree otherwise by written stipulation, Fed.R.Civ.P.26(a)(1),(a)(2),(a)(3) and (f) do not apply.

    6. MAILING OF NOTICE, COPIES AND BALLOTS. Not less than thirty (30) days prior to the hearing, the proponent under supervision of its attorneys shall prepare and mail pursuant to Local Rule 3017-1(a)-(b), and in accordance with the clerk's instructions, appropriate copies of this order and notice, letters of transmittal if any, the approved official form ballot, the approved disclosure statement, and the plan, to the entities specified in Local Rule 9013-3, all creditors, and other parties in interest, other than equity security holders.

Dated: *May 05, 2011*                    /e/ Robert J. Kressel
                                                ROBERT J. KRESSEL
                                                UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/05/2011*
Lori Vosejpka, Clerk, by DLT